UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| NUDEC, LLC | ) | Case No. 20-50527-JAM |
| Debtor | ) | Re: ECF No. 43 |

## ORDER GRANTING TRUSTEE TO EMPLOY COUNSEL TO THE TRUSTEE

Upon the Application of GEORGE I. ROUMELIOTIS, Trustee in the above-captioned case ("Trustee") seeking the Court's approval of the retention of the firm of Mark H. Shapiro, P.C., d/b/a Steinberg Shapiro & Clark ("SSC"), as counsel to the Trustee, pursuant to 11 U.S.C. § 327(a) (herein "Application"), having come before this Court and it appearing that said employment is in the best interest of the Estate and that SSC does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed and does not have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; and after the hearing held on January 18, 2022, it is hereby

ORDERED that the Trustee is authorized to employ SSC as special counsel, effective as of December 28, 2021, on an 11% contingency fee basis, plus the reimbursement of reasonable expenses, as described in the Application, subject to further Orders of the Court after notice and hearing upon proper application pursuant to Section 330 of the Bankruptcy Code; and it is further

ORDERED that the fee to which the Law Offices of Jeffrey Hellman, LLC ("Hellman") would otherwise be entitled as a result of Hellman's employment as special counsel pursuant to this Court's Order dated September 2, 2020 (Document ID 21) shall be reduced by the fee that is ultimately paid to SSC.

Dated at Bridgeport, Connecticut this 18th day of January, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut